UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

YOLANDA MILLER,                               Case No.: 1:12-cv-23717

    Plaintiff,

v.

GHD ENTERPRISE CORP.,                         Date: November 2, 2012

HILDA M. DIAZ, individually,

    Defendants.

## PLAINTIFF'S STATEMENT OF CLAIM

1. On October 12, 2012, the Court ordered that Yolanda Miller ("Plaintiff") provide a short statement of her Fair Labor Standards Act Claim. The order required the following:

   a. The amount of alleged unpaid wages;

   b. The calculation of such wages; and

   c. The nature of the wages (e.g. overtime or straight time)

2. Plaintiff accordingly files this Statement of Claim and responds to the Court's inquires and Order as follows:

   a. Plaintiff alleges that she worked, at minimum, twenty (20) total hours during the approximate months of April and May 2010 for which she did not receive any compensation from Defendants.

   b. Plaintiff worked these hours after already working forty (40) hours in a given workweek. Thus, the nature of the claimed wages from these hours is **overtime**. Since Plaintiff never received any payment for these hours,

    the hours are to be compensated at a rate of time and a half (1.5) her regular rate of pay.

    c. Plaintiff's regular rate of pay during her employment was $8.50 per hour. Her time and a half overtime rate is $12.75 per hour. Thus, Plaintiff is owed:

        i. $255.00 in unpaid overtime wages ($12.75 x 20 hours);

        ii. $255.00 in liquidated damages; and

        iii. Reasonable attorneys' fees relating to this FLSA claim.

3. Plaintiff's FLSA claim described above is only Count 1 of her Complaint. Count 2 alleges that Defendants wrongfully terminated her in violation of the Florida Whistleblower statue, Fla. Stat. § 448.102. The damages sought from Count 2 are *not* included in this statement of claim.

Respectfully filed this 2nd of November, 2012

*Dale J. Morgado, Esq.*
Dale James Morgado, Esq.
Feldman Morgado, P.A.
100 North Biscayne Boulevard
29th Floor, Suite 2902
Miami, Florida 33132
T: 305-222-7850
F: 305-384-4676
E: dmorgado@ffmlawgroup.com

**CERTIFICATE OF SERVICE**

    I **HEREBY CERTIFY** that on November 2, 2012 I electronically filed the foregoing with the clerk of the Court by using the *CM/ECF* system which will send a notice of an electronic filing to all parties, including counsel for the Defendant.

*Dale J. Morgado, Esq.*
Dale James Morgado, Esq.