UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

YOLANDA MILLER,

    Plaintiff,

CASE NO.: 1:12-CV-23717

vs.

GHD ENTERPRISE CORP., HILDA M. DIAZ, individually,

    Defendant.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants, GHD Enterprise Corp., and Hilda M. Diaz file their Answers and Affirmative Defenses to Plaintiff's Complaint, and state as follows:

### INTRODUCTION

1. Admitted for jurisdictional purposes only.

### PARTIES

2. Admitted for jurisdictional purposes only.

3. Admitted in part, as all employees in Colombia are independent contractors.

4. Admitted.

5. Admitted.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

### JURISDICTION AND VENUE

10. Admitted for jurisdictional purposes only.

11. Admitted for jurisdictional purposes only.

12. Admitted for jurisdictional purposes only.

## GENERAL ALLEGATIONS COMMON TO PLAINTIFF'S FLSA CLAIM

13. Admitted.

14. Admitted – the FLSA speaks for itself.

15. Admitted – the FLSA speaks for itself.

16. Admitted – the FLSA speaks for itself.

17. Admitted – the FLSA speaks for itself.

18. Denied.

19. Denied.

20. Admitted.

21. Denied.

22. Denied.

23. Denied.

24. Admitted.

## COUNT I
## UNPAID OVERTIME PRUSUANT TO THE FLSA 29.U.S.C. § 207
## (AS TO DEFENDANTS)

25. Defendant re-incorporates each and every response to every allegation as stated in paragraphs 1-24 above as if set out in full herein.

26. Denied.

27. Admitted.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

## GENERAL ALLEGATIONS COMMON TO PLAINTIFF'S

## WHISTLE-BLOWER CLAIM

32. Admitted.
33. Admitted.
34. Denied.
35. Denied.
36. Denied.
37. Without knowledge and therefore denied.
38. Denied.
39. Denied.
40. Denied.
41. Denied.
42. Denied.
43. Denied.
44. Denied.
45. Denied.
46. Denied.
47. Denied.
48. Denied.
49. Without knowledge and therefore denied.
50. Denied.
    a. Denied.
    b. Denied.
    c. Denied.
    d. Admitted – the document speaks for itself.
51. Admitted.

## COUNT 2

## WRONGFUL TERMINATION IN VIOLATION OF THE FLORIDA PRIVATE WHISTLE-BLOWER ACT
## FLA.STAT. 448.102

52. Defendants re-incorporates each and every response to every allegation in paragraphs 1-12 and 32-51 as if set out in full herein.

53. Denied.

54. Admitted.

55. Denied.

56. Denied.

57. Denied.

### REQUEST FOR RELIEF

58. WHEREFORE, Defendants respectfully requests this Court:

   a. Deny Plaintiff's request for judgment against Defendant.

   b. Deny Plaintiff's request for damages and attorneys' fees in the amount requested.

   c. Award any other further relief this Court deems just and proper.

### DEFENDANTS' AFFIRMATIVE DEFENSES

#### First Affirmative Defense – Defendants are not subject to FLSA

There is no coverage under the Fair Labor Standards Act ("FLSA"). Defendants are not defined as "enterprise" under the FLSA.

#### Second Affirmative Defense – Defendants are not subject to Florida Statute §448.102

There is no coverage under the Statute. Defendants do not employ ten or more employees. All employees in the State of Colombia are independent contractors. Even with all such employees, Defendants do not have ten or more employees.

#### Third Affirmative Defense – Good Faith

With respect to Plaintiffs purported claims for unpaid overtime compensation, while it is denied any overtime is due, any omission in the payment of overtime was committed in good faith and was based upon a reasonable belief of Defendants that the omission was not a violation of the FLSA. Accordingly, Plaintiffs should not be entitled to recover any award of liquidated damages if it is somehow determined that FLSA coverage existed. 29 U.S.C. § 260.

**Fourth Affirmative Defense – No Causal Connection**

There is no causal connection between Plaintiff's actions and Plaintiff's subsequent leaving her employment position at her own will.

Dated: November 6, 2012

                                       _/s/ Netali Peles_
                                       Netali Peles, Esq.
                                       Florida Bar No.: 84558
                                       Archer Bay, PA
                                       25 W. Flager St.
                                       Miami FL  33130
                                       Telephone: (305) 456-3561
                                       Facsimile: (866) 984-5239
                                       NPeles@archerbay.com
                                       gbernardez@archerbay.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2012, I electronically filed the foregoing document with the Clerk of Courts using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                       _/s/ Netali Peles_
                                       NETALI PELES, ESQ.
                                       Florida Bar No.: 84558