UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

YOLANDA MILLER,

    Plaintiff,                        CASE NO.: 1:12-CV-23717

vs.

GHD ENTERPRISE CORP., HILDA M. DIAZ, individually,

    Defendant.

_____/

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S STATEMENT OF CLAIM

COME NOW, Defendants, GHD Enterprise Corp., and Hilda M. Diaz, by and through undersigned counsel and hereby files this Response to Plaintiff's Statement of Claim, and says:

1. Defendants deny that Plaintiff is owed any compensation for unpaid overtime hours worked during the period of April and May, 2010.

2. Plaintiff was fully compensated for all time worked on an hourly rate of pay of at least $8.50 per hour.

3. Defendants will produce documents to Plaintiff pursuant Federal Rules of Civil Procedure which support the fact that Plaintiff is not entitled to any overtime pay.

4. Defendants further deny Plaintiff's whistleblower claim. The evidence will show that Plaintiff left her employment with Defendants at her own will and was never terminated for any reason. More importantly, Plaintiff does not meet the statutory requirements for this claim as Defendants do not employ 10 or more employees.

    /s/ Netali Peles
NETALI PELES, ESQ.
Florida Bar No.: 84558
Archer Bay PA
25 West Flagler St, Suite 1010
Miami FL  33130
Telephone:  (305) 456-3561
Facsimile:  (727) 471-0616
npeles@floridalawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2012, I electronically filed the foregoing document with the Clerk of Courts using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    /s/ Netali Peles
NETALI PELES, ESQ.
Florida Bar No.: 84558