UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23717-CIV-ALTONAGA/Simonton

YOLANDA MILLER,

    Plaintiff,

vs.

GHD ENTERPRISE CORP., *et al.*,

    Defendants.

_____/

**ORDER**

    **THIS CAUSE** came before the Court on a *sua sponte* review of the record. On November 28, 2012, Defendants filed their Amended Answer and Affirmative Defenses . . . ("Amended Answer") [ECF No. 24] over twenty-one (21) days following service of their initial Answer [ECF No. 15] (filed on November 6, 2012). *See* FED. R. CIV. P. 15(a)(1)(A) ("A party may amend its pleading once as a matter of course within . . . 21 days after serving it . . . ."). Prior to filing the Amended Answer, Defendants did not seek leave of Court nor have they represented that they obtained Plaintiff's written consent to do so, contrary to the requirements of Federal Rule of Civil Procedure 15(a)(2). Accordingly, it is

    **ORDERED AND ADJUDGED** that Defendants' Amended Answer **[ECF No. 24]** is **STRICKEN**.

    **DONE AND ORDERED** in Miami, Florida, this 29th day of November, 2012.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record