UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

YOLANDA MILLER,

    Plaintiff,

CASE NO.: 1:12-CV-23717

vs.

GHD ENTERPRISE CORP., HILDA M. DIAZ, individually,

    Defendant.
_____/

### DEFENDANTS' NOTICE OF TENDER OF PAYMENT AND MOTION TO DISMISS COUNT I OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

Defendants, GHD Enterprise Corp., and Hilda M. Diaz, by and through their undersigned counsel, hereby file this Notice of Tender of Payment and Motion to Dismiss Count I of Plaintiff's Complaint with Prejudice, and states as follows:

1. Although Defendants vigorously deny all of Plaintiffs' allegations and Plaintiffs' claim, and deny that Defendants owe Plaintiff any amount of money for unpaid overtime wages or any damages, in the interests of an expeditious resolution and efficient use of this Court's time and resources, Defendants hereby tender to Plaintiff payment in full for any overtime wages claim, plus liquidated damages, in the total amount of five hundred and ten dollars ($510.00). A copy of the check for full payment is attached hereto as **Exhibit A**.

2. The amount of full payment is based upon Plaintiff's own calculation as evident in Plaintiff's Statement of Claim, attached hereto as **Exhibit B**.

3. Payment in full renders Plaintiff's claims in Count I moot. *Dionne v. Floormasters Enterprises, Inc.*, 667 F.3d 1109 (11th Cir. 2012).

4. Having tendered payment in full for all amounts that possibly could be owed to Plaintiff, according to Plaintiff's own version of the facts in the Complaint and Statement of Claim filed in the record of this action, Defendants have eliminated any controversy or cause of action available to be pursued by Plaintiff in this Court, and dismissal with prejudice, pursuant to Fed. R. Civ. P. 12(h)(3), of Plaintiff's claims is appropriate and necessary.

5. Furthermore, Plaintiff is not entitled to attorneys' fees for Count I. *Dionne v. Floormasters Enterprises*, 667 F.3d 1199 (11th Cir. 2012).

WHEREFORE, Defendants respectfully request this Court Grant its Motion to Dismiss Count I of Plaintiff's Complaint with Prejudice.

Dated this _7th_ day of December, 2012.

/s/ Netali Peles
NETALI PELES, ESQ.
Florida Bar No.: 84558
Archer Bay PA
25 West Flagler St, Suite 1010
Miami FL 33130
Telephone: (305) 456-3561
Facsimile: (727) 471-0616
npeles@floridalawyer.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December_7th__, 2012, I electronically filed the foregoing document with the Clerk of Courts using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Netali Peles
NETALI PELES, ESQ.
Florida Bar No.: 84558