## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  12-23717-CIV-ALTONAGA/Simonton

**YOLANDA MILLER**,

     Plaintiff,

vs.

**GHD ENTERPRISE CORP.**, *et al.*,

     Defendants.

_____/

### ORDER

**THIS CAUSE** came before the Court at a hearing [ECF No. 36], held on December 18, 2012, regarding Defendants, GHD Enterprise Corp. and Hilda M. Diaz's Motion to Dismiss . . . ("Motion") [ECF No. 32].  For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Motion **[ECF No. 32]** is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of December, 2012.

_____

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record